ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CODY WAYNE HARDWICK,<br>Defendant. | CASE NO. 2:26-MJ-00136-JDP<br><br>~~[PROPOSED]~~ ORDER TO UNSEAL CASE AND FILE REDACTED COMPLAINT |

The Court has read and considered the United States' Request to Unseal Case and File Redacted Copy of Affidavit in Support of Criminal Complaint. The United States' request is GRANTED.

Accordingly, the Clerk of the Court is hereby ORDERED to perform the following:

1. Unseal the above-captioned docket with the exceptions identified below;

2. Maintain the unredacted criminal complaint affidavit under seal;

3. File under seal the United States' Request to Unseal Case and File Redacted Copy af Affidavit in Support of Criminal Complaint; and

4. File the redacted version of the criminal complaint affidavit on the public docket.

The Court further ORDERS that the United States is authorized to share an unredacted copy of the criminal complaint affidavit with counsel for the defendant and any personnel employed by the Court, such as pretrial services officers and the like.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. United States District Court*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, granting the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. *See* 18 U.S.C. § 3509(d). The Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Dated: September 16, 2027

THE HONORABLE JEREMY D. PETERSON
United States Magistrate Judge