ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CODY WAYNE HARDWICK,<br>Defendant. | CASE NO. 2:26-MJ-00136-JDP<br><br>~~[PROPOSED]~~ ORDER TO SEAL CRIMINAL COMPLAINT AND FILE REDACTED COPY OF RELATED AFFIDAVIT |

The Court has read and considered the Joint Request to Seal Criminal Complaint and File Redacted Copy of Related Affidavit. The request is GRANTED.

Accordingly, the Clerk of the Court is hereby ORDERED to perform the following:

1. Seal docket entries 1 and 11 in the above-captioned case;

2. File a redacted copy of the criminal complaint affidavit on the public docket; and

3. File under seal the Joint Request to Seal Criminal Complaint and File Redacted Copy of Related Affidavit.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. United States District Court*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, granting the joint request serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified in the joint request would be harmed.

*See* 18 U.S.C. § 3509(d). The Court further finds that there are no additional alternatives to sealing the joint request that would adequately protect the compelling interests identified in it.

IT IS SO ORDERED.

Dated: September 17, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE