ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CODY WAYNE HARDWICK,<br>Defendant. | CASE NO. 2:26-MJ-00136-JDP<br><br>~~[PROPOSED]~~ FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: September 29, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Chi Soo Kim |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on September 21, 2026. The Court hereby finds that the stipulation, which the Court incorporates by reference into this order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

///

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to October 29, 2026, at 2:00 p.m.

2. The time between September 29, 2026, and October 29, 2026, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. The defendant shall appear at that date and time before the magistrate judge on duty.

IT IS SO ORDERED.

Dated: September 21, 2026

Chi Soo Kim

THE HONORABLE CHI SOO KIM
United States Magistrate Judge