HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
PHILIP ISSA, #90007347 (District of Columbia)
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
CODY WAYNE HARDWICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CODY WAYNE HARDWICK<br>Defendant, | ) | Case No. 2:26-mj-00136-JDP-1<br><br>REQUEST FOR RULE 43 WAIVER OF APPEARANCE; [~~PROPOSED~~] ORDER |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, CODY WAYNE HARDWICK, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding any modification of conditions of supervised release, except upon arraignment, plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally

present; and further agrees to be present in court ready for trial any day and hour the Court may fix in the defendant's absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: October 23, 2026

/s/ Cody Wayne Hardwick
CODY WAYNE HARDWICK
Defendant
(original signature on file with defense counsel)

Dated: October 23, 2026

HEATHER E. WILLIAMS
Federal Defender

/s/ Mia Crager
MIA CRAGER
PHILIP ISSA
Assistant Federal Defenders
Attorneys for Defendant

IT IS SO ORDERED.

Dated: October 23, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE